## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

JACKSON HEWITT INC.,

                    *Plaintiff,*

   v.

AMANDA MEFFERD and LENNIE L.
MEFFERD,

                    *Defendants.*

Case No. 2:13-cv-00199-SRC-CLW

**[PROPOSED]**
**DEFAULT JUDGMENT**

The Complaint and Summons in this action, having been duly served on Defendants, Amanda Mefferd and Lennie L. Mefferd, on March 21, 2013, and said Defendants having failed to plead or otherwise defend in this action, and default having been duly noted, and upon the annexed declarations of Arnold Janofsky dated May 10, 2013, and John F. Dienelt dated May 10, 2013, in support of default judgment;

NOW, on motion of the attorneys for the Plaintiffs, Jackson Hewitt Inc, it is on this 19 day of June, 2013:

**ORDERED and ADJUDGED** that Plaintiff's Motion for Default Judgment is hereby **GRANTED**; and it is further

**ORDERED and ADJUDGED** that Plaintiffs do recover of Defendants, jointly and severally, the sum of $181,444.81, the amount claimed including interest at the contractually agreed upon rate of 18%, with $350.60 in costs and disbursements, and attorneys' fees in the sum of $3,389.50, amount in all to the sum of $185,184.91; and it is further

**ORDERED and ADJUDGED** that beyond the date of this Order, post-judgment interest with respect to the amount claimed will continue to accrue at the contractually agreed upon rate of 18% until the Judgment is paid in full.

                                HON. STANLEY R. CHESLER, U.S.D.J.